# United States District Court

DISTRICT OF _DELAWARE_

UNITED STATES OF AMERICA
V.

JUAN PABLO SERRANO

## WARRANT FOR ARREST

CASE NUMBER: CR 98-82-1-MMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _JUAN PABLO SERRANO_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☒ Supervised Release / Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE

RECEIVED
2000 DEC -5 A 9:55
U.S. MARSHALS SERVICE
WILMINGTON, DELAWARE

in violation of Title _____ United States Code, Section(s) _____

Peter T. Dalleo
Name of Issuing Officer

BY: _[signature]_ ; Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

12/5/00 at Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Laredo, TX_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/5/00 | William David, DUSM | _[signature]_ |
| DATE OF ARREST | | |
| 12/15/00 | | |